N THE UNITED STATES DISTRICT COURT FOR THE STATE OF KANSAS

LORI McGREGOR,

FILED
U.S. District Court
District of Kansas

FEB 0 3 2022

Plaintiff pro se,

Clerk, U.S. District Court
By _____ Deputy Clerk

versus

Case No.
Division No. **6:22-cv-01033-EFM-GEB**

CITY OF NEODESHA, KANSAS
                    Defendant,
CASEY'S GENERAL STORES
                    Defendant,
CASEY'S GENERAL STORE-NEODESHA, KANSAS
                    Defendant,
RYAN MILLER, NEODESHA, KANSAS POLICE OFFICER
                    Defendant.

<u>PETITION OF PLAINTIFF</u>

Dated February 3, 2022.

Submitted by

Lori McGregor
Plaintiff pro se
P.O. Box 841
Chanute, Kansas   66720
913-710-4337
2-3-2022
no fax at present

COMES NOW Plaitniff and for her cause of action against Defendants states:

1. Plaintiff is a resident of the state of Kansas.

2. Defendants City of Neodesha, Kansas, Casey's General Stores, Casey's General Store in Neodesha, Kansas, and Ryan Miller were at all times business and situated in the state of Kansas.

3.. Casey's General Stores is headquartered in Ankeny, Iowa.

4. The City of Neodesha, Kansas is a city  and municipal incorporation within the state of Kansas.

5.Casey's General Store in Neodesha, Kansas is a convenience store doing business in Neodesha, Kansas.

6. Ryan Miller was a police officer for the City of Neodesha, Kansas on the date in question  and was at all times relevant to this cause of action employed as a police officer for the City of Neodesha, Kansas and was acting under color of state las.

7. This action is brought for damages and other appropriate relief under 42 U.S.A.A Sec. 1983 and under 42 U.S.C.A. 1985 for violation of Plaintiff's federal civil rights by Defendants whose actions were taken under color of state law; and under the Kansas Common Law of False Arrest and Imprisonment, Assault and Battery, Malicious Prosecution, and Abuse of Process, and the Tort of Outrage; and the Fourth, Fifth, and Fourteenth Amendments to the United States Constitution, and Section 15 of the Bill of Rights of the Constitution of the State of Kansas.

8. All acts referred to in this Petition occurred in Neodesha, Kansas.

9. On or about the 9th of January, 2020, Officer Ryan Miller of the Neodesha Police

Department stopped Plaintiff as she left Casey's General Store in Neodesha, Kansas at

125 Main Street, Neodesha, Kansas and arrested her.

10. Plaintiff was charged with theft and illegal parking.

11. On arresting Plaintiff, Officer Miller used excessive physical force in light of the

circumstances at time of arrest and with the intention of inflicting unnecessary harm and

instilling fear into Plaintiff.

12. Defendants City of Neodesha and Officer Ryan Miller arrested Plaintiff and Plaintiff

was arrested and detained without probable cause in violation of her rights under the

United States Constitution and the laws of the State of Kansas.

13. Defendants City of Neodesha, Officer Ryan Miller, Casey's General Store of

Neodesha, and Casey's General Stores abused process to accomplish arrest and deprive

Plaintiff of her civil rights and due process.

14. Defendant Officer Ryan Miller, City of Neodesha, Kansas, and Casey's General Store

performed an illegal search of Plaintiff and her property in violation of her rights under

the United States Constitution under the laws of the State of Kansas.

15. Defendants Casey's General Store of Neodesha, Kansas, City of Neodesha, Kansas,

Officer Ryan Miller, and Casey's General Stores provided false witness and acting in

concert and in causation of the illegal arrest and detention of Plaintiff.

16. Defendants, whose actions were taken under color of State Law, were specifically

discriminatory to Plaintiff.

17. Defendants violated Plaintiff's civil rights under 42 U.S.C.A. 1983 and 42 U.S.C.A

1985, Kansas Common Law of False Arrest and Imprisonment, Assault and Battery,

Malicious Prosecution, Abuse of Process, tort of Outrage, and the Fourth, Fifth, and

Fourteenth Amendments to the U.S. Constitution and Section 15 of the Bill of Rights of the Constitution of the State of Kansas.

18. Plaintiff, after being arrested, was transported to the City of Neodesha, Kansas Police Department where she was detained. She was then transported to the Wilson County Sheriff's Jail wherein she was detained for several hours in freezing conditions.

19.Plainitff was released on bond several hours later in the early evening of January 9, 2020.

20. Plaintiff's car had been impounded illegally and she had to go pay substantial monies for its retrieval.

21. The charges were dismissed against Plaintiff in the Wilson County District Court on February, 5, 2021.

Case No. CR 00006, 2020 MR 000010, Honorable Judge Davis, Division 31.

22. No other cases in this matter are currently pending in any court.

23. Plaintiff was arrested without probable cause and the use of excessive force was in violation of her rights under the U.S. Constitution and the laws of the State of Kansas.

24. Plaintiff's rights were violated  and this event was caused by a pattern and policy of misconduct by the Neodesha Police Department and its failure to properly train and supervise Officer Ryan Miller wherein she was intentionally injured while being handcuffed and detained illegally.

25. The conduct and actions of Defendants, City of Neodesha, Kansas, Casey's General Stores, Casey's General Store of  Neodesha, Kansas, and Officer Ryan Miller were done willfully, wantonly, and with full knowledge that such acts were unjustified under the circumstances and with malice, and with conscious disregard for the safety and rights of

the Plaintiff.

26. As a result of the aforementioned acts, Plaintiff has suffered damages for lost income,

medical expenses, attorney's fees, humiliatiom, and lost job opportunities due to the action

filed against her. Plaintiff also suffered illness, emotional distress, still suffers anxiety and

illness from this event.

27. Prior to this filing, Plaintiff has  complied with K.S.A. 12-105 b only as of today so

120 days have not elapsed and the City of Neodesha has not responded.

Plaintiff has sent a copy of a notice under the Kansas Tort Claims Act to the City of

Neodesha, Kansas and that is attached and marked Exhibit A.

Wherefore, Plaintiff prays for judgment against Defendants for damages in the excess of

$75,000.00, for attorney's fees, and together with such other relief as the Court

may deem appropriate.

28.  Jury Trial demanded.

20. Plaintiff requests trial be held at Wichita, Kansas.

Respectfully submitted,

_____

Lori McGregor
Plaintiff pro se
P.O.Box 841
Chanute, Kansas  66720
913-710-4337
Feb. 3. 2022
no fax.

## NOTICE OF CLAIM IN ACCORDANCE WITH KSA 12 105 (b)

Lori McGregor hereby notified the City of Neodesha, Kansas that she is filing a claim in
the U.S.D.C.  Wichita, Kansas for the false arrest and imprisonment and taking of her
property in violation of her rights and safety under the Fourth, Fifth, Fourteenth
Amendments to the U.S. Constitution and in violation of the common law in the State of
Kansas against  false imprisonment and false arrest, assault and battery, and Section 15 of
the State of Kansas Constitution.

On January 9, 2020, Lori McGregor was accosted and arrested by Officer Ryan Miller of
the City of Neodesha, Kansas Police Department.

This event occurred at the Casey's General Store at 125 Main in Neodesha, Kansas.

McGregor was deprived of her safety, health, property, and dignity through these actions
by the City of Neodesha.

The  police officer was Ryan Miller and his address is unknown.

City of Neodesha, Kansas address is 1407 North 8th, P.O.Box 336
Neodesha, Kansas   66757. Phone  620 325- 2828   Fax   620  325  2481.

City Clerk is Stephanie Fyfe at above address.

This notice has been sent to the City Clerk of Neodesha, Kansas via certified mail and by
regular mail.

Lori McGregor
P.O. Box 841
Chanute, Kansas   66720
913-710-4337
February 3, 2022
Miss McGregor has no attorney representing her.

Exhibit
4.

N THE UNITED STATES DISTRICT COURT FOR THE STATE OF KANSAS

LORI McGREGOR,

                            Plaintiff pro se,

versus

                                                 Case No.
                                                 Division No.

CITY OF NEODESHA, KANSAS
                            Defendant,
CASEY'S GENERAL STORES
                            Defendant,
CASEY'S GENERAL STORE-NEODESHA, KANSAS
                            Defendant,
RYAN MILLER, NEODESHA, KANSAS POLICE OFFICER
                            Defendant.

## CERTIFICATE OF SERVICE

COMES NOW,  Plaintiff, Lori McGregor, pro se, and hereby certifies for the Court that

she has sent a true and correct copy of the foregoing Petition to the Defendants at

the following addresses:

City of Neodesha, Kansas   Stephanie Fyfe 1407 North 8th Neodesha, Kansas  66757,

Casey's General Stores, One Southeast Convenience Blvd. Ankeny, Ia.  50021 and to their
register legal agent in the State of Kansas.

Casey's General Store, 125 Main Street, Neodesha, Kansas  66757, and

Officer Ryan Miller, Neodesha Police Department, City of Neodesha, Kansas 1407 North
8th, Neodesha, Kansas  66757

on February 3, 2022 via U.S.P.S.  Certified Mail return receipt requested.

Submitted by,

Lori McGregor
Plaintiff pro se
P.O. Box 841 Chanute, Kansas  66720
913-710-4337    2-3-2022
no fax at present